UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

GUILLERMO GONZALEZ,

                Petitioner,

    -against-                        07 Cv. 9277 (JES)(FM)
                                         84 Cr. 0109 (JES)(FM)

UNITED STATES OF AMERICA,             **ORDER**

                Respondent.

------------------------------------X

    The Court having examined the petition in this action pursuant to 28 U.S.C. § 2255 and the Court having concluded that the petition should not be summarily dismissed pursuant to Rule 4 of the Rules Governing Section 2255 cases in the United States District Courts, it is

    **ORDERED**, pursuant to Rule 4, that the respondent file an answer or other pleading to the petition no later than December 24, 2007; and it is further

    **ORDERED**, pursuant to Rule 4, that the Clerk of the Court serve copies of this Order and of the petition by certified mail upon the United States Attorney for the Southern District of New York.

    It is **SO ORDERED**.

Dated:  New York, New York

       October 30, 2007

                                               John E. Sprizzo
                                      United States District Judge