

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2007

**BY HAND**

The Honorable John E. Sprizzo
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **Guillermo Gonzalez v. United States,**
             **07 Cv. 9277 (JES),**
             **84 Cr. 109 (JES)**

Dear Judge Sprizzo:

       The Government respectfully requests a 60-day extension of time to file a response to petitioner Guillermo Gonzalez's motion for habeas corpus relief pursuant to 28 U.S.C. § 2255. In an order dated October 30, 2007, the Court directed the Government to file a response to the habeas petition. The Government's response is due December 24, 2007. The Government has requested relevant documents from petitioner's case, Guillermo Gonzalez v. United States, 84 Cr. 109, from the National Archives and Records Administration ("NARA"). NARA informed the Government that it has had difficulty locating some of these documents. Accordingly, the Government requests a sixty-day extension to obtain these documents and respond to petitioner's habeas petition. This is the Government's first request for an extension.

                                       Respectfully submitted,

                                       MICHAEL J. GARCIA
                                       United States Attorney

             By:    */s/*
                     Jeff Alberts
                     Assistant United States Attorney
                     Tel.: (212) 637-1038

cc: Guillermo Gonzalez

*[Stamp:]* MEMO ENDORSED

*[Stamp:]* USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 12/21/07

*[Handwritten:]* December 21, 2007

**APPLICATION GRANTED:**

*[Signature]*
U.S.D.J.
*[Handwritten:] For Judge Sprizzo*